# In the United States District Court
# for the District of DC

# <u>Complaint</u>

Parties:

Rev. Ryan "Sasha" Gallagher

1723 Candleglow

Castle Rock, Co 80108

**V.**

Congress

East Capitol St NE & First St SE,

Washington, DC 20004

National Security Agency

9800 Savage Rd.

Fort Meade, MD 20755-6272

Federal Bureau of Investigations

935 Pennsylvania Ave, NW

Washington DC, 20535

US Secret Service

245 Murray Lane

Washington, DC 20223

Case: 1:18−cv−02327
Assigned To : Unassigned
Assign. Date : 9/25/2018
Description: Pro Se Gen. Civ. (F−DECK)



SEP 2 5 2018

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

Facebook

1 Hacker Way

Menlo Park, CA 94025


MSNBC

30 Rockefeller Plaza

New York, NY 10112


DNC- Democratic National Convention

430 South Capitol St SE

Washington, DC, 20003


Twitter

1355 Market Street. Suite 900.

San Francisco, CA 94103


Megyn Kelly

30 Rockefeller Plaza

New York, NY 10112


Joe Rogan

6650 S Torrey Pines Dr,

Las Vegas, NV 89118


American Atheists

225 Cristiani St.
Cranford, NJ 07016


Gov. Hickenlooper (in his personal and under Color of Law)

200 E Colfax Ave,

Denver, CO 80203

NSA/CSS CO Crypto Center

9800 Savage Rd.

Fort Meade, MD 20755-6272

Collin County

Collin County Administration Building
2300 Bloomdale Rd., Suite 2106
McKinney, TX 75071

DEA

75 Morrissette Dr

Springfield Ave

FBI

935 Pennsylvania Ave, NW

Washington, DC 20535

US Attorney General

950 Pennsylvania Ave, NW

Washington, DC 20530

Department of Defense

1400 Defense Pentagon

Washington, DC 20301

TX Attorney General (Ken Paxton, in his Personal Capacity under Color of Law)

Office of the Attorney General
300 W. 15th Street
Austin, TX 78701

CO State Governor (John Hickenlooper, in his Personal Capacity under Color of Law)

136 State Capitol Bldg
Denver, CO 80203

The State of Colorado (Represented by the Colorado AG)

Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

Judge Gordon P Gallagher

901 19th Street

Denver, CO 80294

---

Ryan Gallagher, Pro Se, hereby files this Complaint and makes these allegations based on information and belief which are likely to have evidentiary support after a reasonable opportunity for further investigation and discovery—against Defendants. I ask that the court consider the fact that I am not a lawyer, but am alleging violations of various rights, which after discovery will be blatantly clear Cruz v. Beto 405 U.S. 319 (1972). This filing will meet the standard of Prima Facie evidence, if not more.

This is a Case that started because of what FBI Director James Comey called "The Ferguson Effect".

The Court may want to Consolidate this together with the FBI and NSA FOIA Cases at
18cv01525
18cv01697
Please bring all defendants from those Cases into this Case if that is done.

# I.   Introduction

Clark v. Pearson, 248 F. Supp. 188 (DDC 1965)- Common Law Right to Reputation

Milkovich v. Lorain Journal, 497 US 1 (1990)- Opinion Immunity Rejected

Butz v. Economou, 438 US 478 (1978)- State and Federal Agents

Terminiello v. Chicago, 337 US 1 (1949)

I was caught up in an NSA, or CIA Dragnet, and then a COINTELPRO was launched against me by the Media, Politicians and Law Enforcement.

WikiMedia v. NSA, No. 15-2560 (4th Cir 2017)

Jewel v. NSA, No. 10-15616 (9th Cir 2011)

Hepting v. ATT, 09-16676 (9th Cir 2011)

Campbell v. Facebook, 13cv05996 (ND Cal 2017)

US v. Awadallah, 202 F Supp 2d 17 (SDNY 2002)

Andrade v. Chojnack, 65 F Supp 2d 431 (WD Tex 1999)

<u>SUING CONGRESS FOR MISUSE OF TAX FUNDS</u>

Hein v. Freedom From Religion Foundation, Inc., 551 U.S. 587 (2007)

# PART 1

This is the overall issue, as laid out in the Human Rights Case filed in October 2017 with the IACHR Petition #P-2098-17, and it has gotten worse since starting, and I previously did not have the legal knowledge to present this Claim, but have now figured out exactly how to form this argument for the Court in a way that is completely Cognizable. And that can then be brought to the Human Rights Court with Judicial Review having had been completely applied for the Human Rights Court.

<u>Motivation</u>

The Oath that is taken by Public Officials states. "I shall protect America from all enemies, Foreign, AND Domestic" and they believe that this bestows some kind of "New Rights" on them. But Naturalized US Citizens also make that Oath when the become Citizens, it does not grant you any New Rights.

They now feel as if because they are "above" regular Citizens, that now that are not just out to Stop Crime, but to decide who gets to get a Platform to Speak in America.

Public law 114–23: Freedom Act

Public law 107-56: Patriot Act

Complaint: **Civil Conspiracy** Claim/Writ of **Mittimus** Request

I would ask that this Court first Mittimus all Records from all my Filed Federal Case, listed in the Federal Docket with this Following Case Numbers:

Judicial Complaint # ................

Gallagher v. United States, et al ..............

Gallagher v. NSA, 1:2018cv01525

Gallagher v. DEA, 1:2018cv01674

Gallagher v. FDA, ..................

Gallagher v. Paxton, et al 4:2018cv00575

Gallagher v. Austin PD1:2016cv00527

Gallagher v. Austin PD, 5th Cir request for Writ 18-50652

Gallagher v. DEA, et al 5th Cir request for Writ 18-10407

Gallagher v. DEA, et al 3:2017cv00734

Gallagher v. YouTube, et al 1:2018cv01694

Gallagher v. Bitcointalk.org, .........

Request for Writ 1:2018cv02263

Gallagher v. Organization of American States, 1:2018cv02046

Gallagher v. DNC, et al 1:2018cv02029

Gallagher v. FBI, 1:2018cv01697

Gallagher v. CO DoR, et al 1:2018cv01699

Gallagher v. ATF, 1:2018cv01693

Gallagher v. DEA, 1:2016cv01117

Having this entire record, everything filed, will make this Case completely Clear.

And important to this Case, I have asked for Mittimus from the Eastern District of Texas in Case **Gallagher v. Paxton, et al 4:2018cv00575**, and I would ask that this Court please ask the Court in the Eastern District of Texas to retrieve my entire Juvenile record, of Running Away on Probation, and discussions with my Probation officers, I will be Subpoenaing Shannon McGuire, my Childhood Probation Officer

who always wanted to be the person on my Case, and would always be my Probation Officer by his request so he could like talk to my Mom, and shit talk me and call me "David Koresh"; and I always would Run Away from home, but not to get away from my Parents, but to get away from the County Government. All the Religious Record from my Childhood, as well as all the County Jail Records, and Court records from 2010-2015, which was 1 long Case in the County Court, and we need the entire Record of that Case, including Police Reports and everything from the **Original 4/20/2010 event** that started that 5 year Case in Collin County

David Koresh Case Law

Risenhoover v. England, 936 F. Supp. 392 (W.D. Tex. 1996)

the MOVE Organization

In Re City of Philadelphia Litigation, 938 F. Supp. 1278 (E.D. Pa. 1996)

I will describe the History of this Litigation here, to explain what exactly is happening. Everything will start with the Records in **Gallagher v. Paxton, et al 4:2018cv00575**, which goes back to when I was 14 years old, when I converted to Hinduism. **Judicial Complaint # ................** establishes that Class that is being discriminated against to Constitute a Conspiracy against Rights (**18 USC § 241; 18 USC § 246; 18 USC § 247; Hobson v. Wilson, 556 F. Supp. 1157 (D.D.C. 1982)**), and there will be future cases based on this Case brought by similar defendants, all involved in Religious Marijuana Activity, and Black Identity Extremism. When I was 14, I converted to Hinduism after not really feeling like Christianity was my Religion for a while, my Mom used/uses Ouija boards, and does Dowsing, and goes to Psychics and stuff like that, but she is generally Christian, kind of like a Christian Spiritualist. I am from Mckinney Texas, she is from Arlington Texas, and our family is from East Texas. This is an Article about my Great Grandma, her Grandma. Her name is Ona Henry and this is from the Tyler News.

https://tylerpaper.com/news/local/east-texas-woman-recalls-experience-as-riveter-during-world-war/article_6d8a52d6-aa22-5a20-924d-6a1c20ae0310.html

I was arrested at age 14, when I wasn't sure what my Religion was, but I knew that Marijuana was God, and a tool for Divination, similar to how Salvia Divinorum is used by the Mazatec people, who call it "Ska Pastora" which means "the Shepherdess", and it is a Divination and Healing God. Marijuana is the God Shiva, the Flesh of a God. It is called "Bhang", and Hashish is called "Charas" in Sanskrit, a 4,500 year old language. "Ganja" comes  the Ganges River, and the changeability of the "g" and "j" in Indian-English dialect. Kush Strains originally come from the Kush Mountains, between India and Afghanistan. This is all further explained in **Gallagher v. DEA, 1:2018cv01674**.

In 2010, the Police entered my Home Illegally, with no Warrant, after knocking on the front door. They then proceeded to enter the backyard through a Closed fence, and I went inside the house. But when it'

comes to the Fourth Amendment, the home is first among equals. At the Amendment's "very core" stands "the right of a man to retreat into his own home and there be free from unreasonable governmental in- trusion." **Silverman v. United States, 365 U. S. 505, 511 (1961)'**

They put my friend in handcuffs in the backyard, and found various pieces of Paraphernalia that had been left in our yard, in a place that is not visible from outside the Yard, they then proceeded to go inside the house yelling my name, when I came downstairs they put me in handcuffs. They then drove us back and forth and back and forth in and out of the neighborhood, then brought us back to the house and took me out of the Cop car, and asked me to say that they could go inside the house on the dashcam footage retroactively, and I said that they "already went inside the house, why do they need me to say they can" and they would not let my mom back inside her own house. Inside they found Piracetam, which they told her I was cutting with Cocaine, and in the backyard they found 1 Gram of Marijuana, as well as some Datura, and Wild Lettuce leaves from plants that me and the friend that they arrested had collected. This is when I was 18 years old, and on **4/20/2010**.

They never gave a reason for why they came to the house.

**Florida v. Jardines, 569 U.S. 1 (2013)**

They put me in jail and gave me a Misdemeanor for the Possession of 1 Gram, and a Felony "Tampering with Evidence" saying that I Flushed Marijuana down a toilet. It did not pass an Examining Trial and was dismissed. But for 5 years, this Charge remained on my Record, as a Felony, that showed up on every single Background Check I ever had, as a Felony saying not "Guilty" or "Innocent", but "Released from Jail", and causing me to not be able to Rent Housing, or get Jobs. During this time I had gone to California as a Refugee, and worked at an Avocado Factory with 2 friends from Highschool. I then went to Colorado, then Mexico (Hermosillo, Old Kino), New Mexico, Florida, then Colorado.

This is around when my Brother died, which is the Subject of this Case, as he could have been saved if the Laws were enforced differently **Gallagher v. DEA, et al 3:2017cv00734**

Then the events proceeded as laid out in **Gallagher v. DNC, et al 1:2018cv02029**, starting with my YouTube channel getting larger, and then the 4/20 Rally where 3 people got shot, and I invited many of the people who were there. The event was canceled for 4 years because of "the Trash" that was left behind when everyone ran for their lives from the gunshots; and I assume a State investigation was opened by the Colorado Bureau of Investigations or whoever. I was heavily involved in this event, but do not know anything about the shooting, so I assume at this time they began to at the very least watch some of my YouTube videos or something. And if we could get my YouTube videos released from YouTube as requested in **Gallagher v. YouTube, et al 1:2018cv01694**, that would help with this Case.

During that time, as laid out in **Gallagher v. DNC, et al 1:2018cv02029**, I was involved with the rise of Bitcoin, when there was a good number of people, but we had to do email campaigns to get companies to start accepting it, etc, it was not widely accepted at the time. This was done primarily on Bitcointalk.org, as laid out in the case **Gallagher v. Bitcointalk.org, .............**

During this time, the people in the Media became familiar with me, and something happened where the FBI told them I was dangerous, or a Lone Wolf in waiting or something, I am not exactly sure what happened, but there was a very noticeable change in the way I was treated. YouTube took down my YouTube channel, I was banned from Bitcointalk.org, I was emailing Congress people and media people, and things were just different with everything. And slowly it began to seem if I had been somehow blacklisted. I was fairly famous, and then it seemed like everyone that was famous, or on the news, etc, had somehow gotten word from someone that I had a gun and might come shoot them, and I have never threatened anyone, so I have no idea why they act that way.

At this time I went back to Texas, on the charge from 2010, and it was 2015, I had studied the Law for a few years on my own, and I decided to go back and win my Case. And the State Dropped themselves off the Case, and the Case was Dismissed **Gallagher v. Paxton, et al 4:2018cv00575**. I then moved to Austin Texas to start a Temple, and a whole new Case started, **Gallagher v. Austin PD1:2016cv00527** (citing Iqbal), see **Kerr v. New Orleans Police Department, 2:2013cv00525**, and that Case was a whole series of events that started another Case that is outlined in the 5th Circuit Writ Request **Gallagher v. Austin PD, 5th Cir request for Writ 18-50652**, I also filed the first Case against the DEA, after which I filed an Administrative Claim with the DEA because the Court said I did not have Standing **Gallagher v. DEA, 1:2016cv01117** (citing Twombly) and I began the 180 Day wait for the Administrative Claim.

During this time in Austin, I began requesting NSA records, just after the Edward Snowden Movie came out, to see if something weird was going on with the Media **Gallagher v. NSA, 1:2018cv01525**, it took 3 years to get everything finished with them to the point where I could bring it to Court, and they never released any records. I also then asked for FBI records **Gallagher v. FBI, 1:2018cv01697**, and they simply do not respond. Recently, I have been able to talk to them through email, and they are very friendly, and pretend they are sending me things, but nothing ever comes in the mail, so I have no idea why they are sitting there being friendly in emails, because they aren't actually sending me anyhting, and I don't know what that is all about. Why are they being nice and not sending me the documents they claim they are sending me? This is after years of not sending documents. And something is going on. FOIAs are supposed to take like 30 to 60 days, not 2 years, this is evidence of some kind of Problem, and possibly a full blown Conspiracy to deny me documents, which is denying me access to the Courts.

But during this 2-3 year period where I have waited for Records, I started a few other Cases. After 180 Days I filed against the DEA again in Dallas, this time with Standing because I filed an Administrative Claim **Gallagher v. DEA, et al 3:2017cv00734** this Case was "under review" for 1 whole year, and when I asked the Court to show Cause, they dismissed it and said "you can't sue the DEA" citing **Bivens**. But that is not true, you can sue the DEA, and I also have the Attorney General named in the Case, see

**Washington et al v. Sessions et al, 1:2017cv05625**. This Case is awaiting 5th Circuit Review, **Gallagher v. DEA, et al 5th Cir request for Writ 18-10407**. During this time in Texas I was made Homeless.

This is also when the Original Lawsuit was filed against Collin County, which caused the Sanctions which were signed by Ken Paxton, and involve the County, and an Attorney they hired from Dallas to fight me, **Gallagher v. Paxton, et al 4:2018cv00575**. After the Sanctions I decided I needed to come to Colorado because I was also having trouble finding a programmer who could create a Cryptocurrency, and we had been forced to not create a Temple after the Case that started with a Seizure of Religious Materials in Austin, then the Sanctions and the wait for Documents and everything, so I went to Colorado and went to College to see if I could find anyone who could create a Cryptocurreny. I lived in Aurora Colorado for about 6 months, and Created 8 Marijuana Strains. I took Pollen from Male Malawi Gold Plants, and crossed it onto the Flowers of 8 Female Plants, each of a different Strain. This takes a step into creating a Hemp Strain, which has THCv instead of THC, which suppresses Appetite instead of causing Munchies, and can be used for Religious Fasting. This is a form of the Lord God Shiva. So I created 8 different Strains that can then be crossed with each other, and crossed with other THCv strains, to create even more Strains. During this time I also filed the Petition with the Human Rights Commission, Petition #P-2098-17. I then spent 3 weeks basically banging my head on a wall, and learned how to Create Cryptocurrencies myself. I fist learned how to create Cryptonotes, the Scrypt Coins, then Ethereum Blockchains. Ethereum Blockchains being both the most useful/advanced and the easiest to create. Bitcoin is a SHA coin, so these are "Similar" to Bitcoin, while maybe not "Substantially Similar" to it. Scrypt Coins were created after SHA Coins, in order to counter act the fact that Application Specific Integrated Circuits, hereafter "ASICs", were made which meant that you could no longer use a Laptop to mine Bitcoin. So Litecoin and Feathercoin were made, and around this time Doge Coin was made, all 3 of these are Scrypt Coins, and I was in the Community while those 3 were released. Cryptonotes were meant to fight ASICs further, using the "CryptoNight" (Kryptonite is what weakens Superman) algorithm, which allows ASICs to be used, but Dramatically weakens them compared to CPU Mining (Laptops and Computers). Then the Ethereum Blockchain, created a different use for Blockchain; instead of just being a random "Alternative Banking" method, where your Coins are on the Blockchain, and you can sending them around the World quickly and easily, and no one can ever cheat the System, and there is Consesus between every single Mining Machine in the World, so if one person Mining with an ASIC Farm wanted to hack the system, they would have to hack every Laptop and Mining Pool that was Pooling together their "Hashing Power" to Mine Bitcoin. So it is safer than Banks, etc, where there is just maybe a room of Servers somewhere in California that can be hacked. Ethereum took that Blockchain, with all those Computers using all that Hashing Power, and allowed people to create Applications on it. So if you create an Ethereum Blockchain, you have created something like a "Cloud". During this time I met with the Colroado Department of Revenue, **Gallagher v. CO DoR, et al 1:2018cv01699**

I then moved to Castle Rock, and then Fountain. In Fountain the DEA finally said that they received my Petition, they gave me people to contact, and slowly those people began to respond and now they are just causing Massive Delays in the Process. All outlined in **Gallagher v. DEA, 1:2018cv01674**; the FBI continued to not release information, and the NSA released all the emails that we had back and forth between each other with me requesting information, and referenced the Department of Defense, as if to say "We don't have that information, they do", which is a lot more helpful than they had been previously,

and now the NSA case is moving forward. I expect that the FBI Case may move forward also. **Gallagher v. NSA, 1:2018cv01525; Gallagher v. FBI, 1:2018cv01697**.

During my time in Aurora I had emailed the Governor through the Colorado Governor request system and asked for a Governor's Welcome letter for our Religion, and I had been a little mean in it because the Colorado Department of Revenue had set up a Meeting and acted the way they did as outline in the Case against them, **Gallagher v. CO DoR, et al 1:2018cv01699**. And then during this time, I called to ask them about it and they reminded me of a request I had sent in previously to the Governor asking for a letter of support to Join the Military, and I also sent one to the Congress People/Senators from Colorado and Texas, and to the Texas State Governor. So there is probably a record of this in all of their Systems, and all of them did not respond, and I would like to Subpoena a Response from them, **Gallagher v. CO DoR, et al 1:2018cv01699**. I sent in a 2nd request for a Welcome letter to the State, after that day talking to a Staff Member at the Governors Office, and again I have received no Welcome letter, the 2nd request was not angry or mean in any way.

I also contacted the FDA about an exemption, and referenced the DEA RFRA exemption process, and they sent me a letter saying they don't do RFRA stuff, which seems illegal to me, **Gallagher v. FDA, ...................**

And because I do not have the records that I have FOIA'd from the NSA, the FBI, and now the DEA, I can not move forward with my Cases, the Judge in Denver acts as if I have not described enough, but I need all the FOIA records so that I can prove that there is a "their side" and it's not just some crazy person sending it a bunch of Lawsuits. They are denying me access to the Courts, and this may be evidence of a Conspiracy to deny me rights, which is resulting in the Real Damages of Denial of Access to the Courts, see **Wahad v. FBI, 813 F. Supp. 224 (SDNY 1993)**.

**Gallagher v. United States, et al ...............**

The Judge in Denver is now engaged in fighting me through Orders, and I believe it is because of who I am suing, because of all the Defendants listed, and who they are, he feels like if he Joins in against me, then he is being a "Good Guy" because I must be a "Bad Guy" because of all the people I am up against. But that is not True, if anything I am the "Good Guy", fighting for my Religion against all of these people. It has gotten to a point where it almost seems as if the Governor of this State, and the Judge and the people from the Media, due to **Gallagher v. DNC, et al 1:2018cv02029**, and my relationship with the Media and the Universal Life Church. It almost seems like Ken Paxton is talking to people at Fox News, and the FBI is talking to everyone, and maybe Comey and Brennan and others that are "in the circles" but are no longer in the positions, with the Department of Defense and the Colorado Governor, and now this Judge, to Deny me Access to the Courts, and various other Rights **Hobson v. Wilson, 556 F. Supp. 1157 (D.D.C. 1982)**.

**Judicial Complaint # .................**

It is possible that due to my attempts to contact every single Judicial Chamber in the Colorado District asking Judge Gallagher to recuse himself, that it has now spread further in the District and possibly the Circuit, and not at my will, but because of my inability to comply with **Rule 8**, due to **Rule 83(a)(2)**, and this Judge's rejection of that Concept.

**United States v. Costello, 610 F. Supp. 1450 (N.D. Ill. 1985)**

**United States of America, Plaintiff-appellee, v. John M. Murphy, Defendant-appellant, 768 F.2d 1518 (7th Cir. 1985)**

**United States of America, Plaintiff-appellee, v. Stephen Goot, Defendant-appellant, 894 F.2d 231 (7th Cir. 1990)**

## Part 2

On Sept 1st, 2016, I was in Austin Texas, Taco Truck Capital of America, and happened to be watching Joy Ried on "All in with Chris Hayes" when Trump's Latino Outreach person stated "My Culture is a dominant Culture ... you will have Taco Trucks, every corner". I heard the broken English "threat" and turned it into a Hashtag and a funny Promise #TacoTrucksOnEveryCorner

I started on Facebook, and it spread so quickly because I did not make it Partisan. I simply posted the Hashtag #TacoTrucksOnEveryCorner in about 100 Facebook Groups with no other words to explain, and it exploded. I then went to Twitter and began Retweeting anyone that saw me using it on Facebook and had started using it on Twitter.

Within Minutes (45-ish mins) it was a National Phenomenon. By the 2nd Day there was merchandise all over the internet including hats and bags, and the Democratic National Convention (DNC) began using it as a Voter Registration call-to-arms. They even made it about Hillary Clinton, though she never actually got behind it herself.

Goldman v. Breitbart, 1:17cv03144

Boffoli v. Twitter, 2:2012cv01534

Some people claimed it was Racist, and I told people I was ¼ Mexican, so I even put my reputation on the line to defend it, and it worked, it became massive overnight, and continues to be used to this day on Social Media, and by the DNC.

Hibben-Levi v. Taco John's, 6:2006cv2094

Taco John's v. James, 1:2016cv02785

Diet Goal Innovations v. Taco John's, 2:2014cv00144

Taco John's v. Bix Produce, 4:2007cv04277

A series of News Articles following, and the DNC using it for Fundraising, all without giving me any Credit:

"Bay Area Man Behind #TacoTrucksOnEveryCorner meme says Trump's Wall won't work", Beth Spotswood, SF Gate, 10/11/2016

"Latino Trump Supporter Marco Gutierrez warns of Dark future with 'Taco Trucks on Every Corner'", Ed Mazza, Huffington Post, 9/01/2016

"Latinos for Trump Founder: 'Defend your Country' from Hispanics", Brian Latimer, 9/02/2016

None of these articles mention me.

Soon after this, Atheists who I used to be the Token religious person on a YouTube show for, or the DNC and MSNBC, I am not sure who, teamed up to take down my Facebook Account, and it was taken down because I had 2 accounts. They have since then changed their Policy so that your 2nd Account becomes a page, and they claim "Anything posted by you on Facebook is owned by you". But they refuse to respond to any appeals to get my account back.

We will need to access the Facebook Profile at Facebook.com/FinShaggy to move forward.

Collins v. Virginia, 584 US ___ (2018)

Part 2 Claim 1

MSNBC and the DNC did financially benefit from my intellectual property, and may have then participated in a campaign to cover up that I was the creator along with members of "Atheist Americans".

Part 2 Claim 2

Facebook is refusing to even respond to claims that my account was taken down erroneously, and did take it down, and is violating my Property Rights and Free Speech Rights. It is my Property according to them and the Law.

## PART 3

### (Reputation)

I have been a Minister since 2009 when I was 17, Ordained by the Universal Life Church, and created a YouTube channel to spread my faith, showing people how to grow various plants and make various Religious Brews such as the Xhosa UBULAWU (I was, and still am by many, known for teaching people how to dream and finding Dreaming Substances, within many Circles). I can prove more about my Reputation upon Discovery, and am currently doing so in the YouTube case with the TBS and NBC Subpoenas. In 2011-2012 the Plaintiff became a well known member of the Colorado Marijuana community via a YouTube channel, blog and Social Media, and working for a Marijuana Dispensary as a Social Media Manager. This was amplified during the 2012 Marijuana rally when the Plaintiff advertised the Rally to thousands of Texans, who showed up to the rally in droves. At the 2012 rally many people knew who the Plaintiff was, and people even wanted to take pictures with the Plaintiff (3 people got shot, and I believe that this is the time when Hickenlooper and NSA/CSS CO Crypto became involved). In late 2012 and into 2013 the Plaintiff became a well known member of the Bitcoin community. This was when Bitcoin raised from $5 each to over $1000 each. During this time websites like Vocativ even began to write Articles about the Plaintiff.

http://www.vocativ.com/tech/bitcoin/bitcoin-u-s-a-digital-dollars-communities-might-be-coming-to-a-town-near-you/

This Article even states "[Plaintiff] is at the vanguard of the bitcoin movement."

Bud Lite then created a Town, called "Whatever USA", copying me kind of, and used a Character that looks kind of like me. Whoever was involved in the creation of that Town may be witness to these events.

https://www.bizjournals.com/chicago/news/2014/06/03/energy-bbdo-remains-in-background-as-bud-lights.html



During this time the Plaintiff's YouTube channel teaching Hinduism, History, Botany, Religious Chemistry and Ethnobotany, began to get more and more popular and eventually reached over 1,000,000 views, which at the time had become easier and easier as the flow of views got heavier and heavier, and would have many millions of views by now, which comes would have come with contractual offers if the Defendants had not begun their offensive against him.

In 2014 the Plaintiff engaged in discussions with the New Black Panther Party, the Moorish Science Temple and the Nu-Covenant Group. Within 8 months after these discussions began, the events in Ferguson (known as the Ferguson Unrest) occurred, and these groups were considered to be "Outside Agitators". It is believed that during this time the Defendants began to investigate the Plaintiff in a way reminiscent of Defendant 2's well documented COINTELPRO operations. During this time the Plaintiff would regularly send emails to Congress members and Media outlets (I have a list of 3,000+ Politicians and Journalists), at which time it is believed the investigation began to become more of an offensive operation than an investigation, in way of Character Assassination, again reminiscent of Defendant 2's well documented COINTELPRO operations.

The Plaintiff then began watching TYT, and Fox News, using the TYT Chat Box to get new people to come to his blog, YouTube channel, and other pages. The plaintiff then started the War on Christmas, the "Waging a Real War on Christmas" threads which can be found on various websites, document a lot of this Case.

https://www.rollitup.org/t/waging-a-real-war-on-christmas-synchronized-hyperspace-event-s-h-e.849234/

http://www.occultforum.org/forum/viewtopic.php?t=36807

http://www.politicalforum.com/index.php?threads/waging-a-real-war-on-christmas-synchronized-hyperspace-event-s-h-e.380374/

I also began telling people to about how Journalists use Twitter, and that you can make Journalists say things by Tweeting at them. An example would be Eric Bolling, one time I Tweeted at him while he was on "The Five" on Fox News, and told him to call Chicago, "Chiraq", and not 5 minutes later he did it.

https://www.rollitup.org/t/the-24-hour-twitter-based-news-cycle.905636/

(All of the Journalists I named got promoted because I named them)

And I said Kirsten Powder should be President, and the Media paid much more attention to her, after my post and after my spreading of the idea that she should be president

https://www.rollitup.org/t/kirsten-powers-for-president.817516/

http://www.politicalforum.com/index.php?threads/kirsten-powers-for-president.345116/

And I joined the Joe Rogan forum around this time, and began watching his podcast live and commenting on it live on YouTube, and it was very obvious that he was reading my posts on his forum and live comments. And his group began to Troll me, and attack me online. He has since taken the forum down, after 18 years of existence, to cover up what they did to me.

https://www.reddit.com/r/JoeRogan/comments/7wqvfp/after_18_years_joe_rogans_official_message_board/

Around this time, 2014, I was also on a YouTube show called "Atheist Analysis", with Steve Tillman (he was one of the hosts, but not the main host, but I don't remember the main Host's name now since so much has happened). Steve Tillman lives in Indiana and is in a wheelchair, and I was on a show he was on. The show was connected to America Atheist, and David Silverman (President of American Atheist) was a guest on that show and other shows around it, such as "Meeting of the Minds" with Christopher Maute, and New Covenant Group with an older group of Atheists that was friends with these ones. On Atheist Analysis I was the Token Religious Person, a Hindu Shaivte, and I would talk about Ancient Egyptian Religion. I believe that Atheist Analysis, and American Atheist, are part of the COINTELPRO. They seemed to have gotten very angry after I left the show because I did not like the direction it was going with a new member called "The Neo-Atheist"). One of the American Atheist associates may have even "SWATed" me initiating this whole problem if it was not some kind of Dragnet.

Here is an example of the reach of my words on that show, this theory Presented by WIRED Magazine is my Theory, and they twisted it and made it an "Accident" of the Egyptians. But you will not find anyone else on the internet or elsewhere espousing this theory, it is my personal theory and WIRED used it and twisted it after watching me on Atheist Analysis.

https://www.wired.com/2014/07/fantastically-wrong-dung-beetle-worship/

Here was where I first posted the Theory

https://www.rollitup.org/t/i-think-i-know-who-taught-the-egyptians-construction.810951/

Megyn Kelly then said "Fuck" on TV, and I created a video and the #Fuckabee on my Twitter account @Rudraaaaaaaa. My YouTube channel has since been taken down, possibly at the suggestion of Law

Enforcement, but there is a video on my YouTube channel that I can prove to the Court once Gallagher v Youtube, 1:18cv01694 is complete. #Fuckabee became a massive hashtag, and 4-5 years later it is still used at least once a day on Twitter, if not more.

https://www.shroomery.org/forums/showflat.php/Number/20831687#20831687

This image was created by TBS, and the American Dad Writer Seth McFarlan, based on my Hashtag.



Here is an example of part of my Email list of
Journos and Politicians, this is my Steemit Account (this was posted later, but I can prove I used the list earlier, and I can show the emails I sent to Congress people)

https://steemit.com/steem/@marsresident/how-you-can-help-get-steem-in-the-news-simply-using-your-email

As an example of the effectiveness and reach of my email list, here is an article Reuters wrote and CNBC copied after my emails went out, and CNBC has since taken down. These were literally written just after that article I posted on Steemit

https://www.reuters.com/article/us-currency-steem/digital-currency-steem-soars-to-more-than-150-million-in-value-in-two-weeks-idUSKCN0ZS2MF

https://www.cnbc.com/2016/07/12/reuters-america-digital-currency-steem-soars-to-more-than-150-mln-in-value-in-2-weeks.html

**(Loss of Reputation)**

After the events in Ferguson the Plaintiff's YouTube account was shut down, as well as Social Media accounts. It was 6 months or longer that some of them were shut down and the YouTube account was never reactivated. During this time the Plaintiff began to suspect something was strange, and began to suspect that the previously stated operations were occurring. It seemed that during this time the Defendants also began to spread rumors throughout the Bitcoin community, as the Plaintiff began to be trolled and was eventually pushed out of the Bitcoin community.

(Screen Shots of perceived NSA Trolls Posts will be provided to the Court if needed but can be found in the following link)

Here is the Website, my account is "FinShaggy" and after the COINTELPRO attack, I was banned from the Website, and was never given a reason by the Site's Owner.

https://bitcointalk.org/index.php?topic=216139.0

THE NSA PAID PEOPLE TO PLAY WORLD OF WARCRAFT THINKING THEY WOULD FIND TERRORISTS (Yeah right, they just wanted to hire a bunch of nerds)

This article explains how the Defendants do this, the information was released in the Snowden revelations.

https://www.theguardian.com/technology/2011/mar/17/us-spy-operation-social-networks

"The discovery that the US military is developing false online personalities – known to users of social media as "sock puppets" – could also encourage other governments, private companies and non-government organisations to do the same.

The Centcom contract stipulates that each fake online persona must have a convincing background, history and supporting details, and that up to 50 US-based controllers should be able to operate false identities from their workstations "without fear of being discovered by sophisticated adversaries"."

https://www.liveleak.com/view?i=ec5_1427349169

It is believed that at this time, the Defendants were sharing information about their COINTELPRO like attack with the media, but in a way that made the Plaintiff seem like a criminal or even a possible "lone wolf" that could snap at any moment. It is also believed that during this time they began to use his

electronic devices to spy on him, as outlined in the Snowden revelations and WikiLeaks Vault 7 revelations. This operation reached so far as to even make it impossible for the Plaintiff to get a job, and in 2016 the Plaintiff was forced to resort to moving into a Homeless shelter.

In September 2016 the Plaintiff decided, after the Edward Snowden movie was released, to submit a FOIA/ECPA request to the NSA, which was rejected in December. And according to the NSA the request was rejected due to investigatory reasons, and the Plaintiff was given the option to appeal. On March 10th 2017 the Plaintiff initiated appeal, and contacted the Inspector General. During the course of this investigation alluded to by the Defendant no Agents from either Defendant Agencies attempted to personally contact the Plaintiff for questioning, and did not attempt to raid the Plaintiff, showing that it is purely malicious in nature.

During the Trump/Hillary Election, Plaintiff was watching TV when on AM Joy a guest stated "My culture is a Dominant Culture, if you allow them to come in, you will have Taco Trucks, every Corner". I changed that to #TacoTrucksOnEveryCorner, and began spreading it on Facebook and Google+, then Twitter, and I began retweeting everyone who said it on Twitter and it became a huge part of the 2016 Election Cycle and is still popular today. I am the creator of #TacoTrucksOnEveryCorner, but AM Joy and the Guest she had have taken credit for it.

https://plus.google.com/103614823721232858992/posts/FXzJWP7KLcw

https://plus.google.com/103614823721232858992/posts/cyYZmkVyMmC

https://plus.google.com/103614823721232858992/posts/2TUKer3V94k

https://plus.google.com/103614823721232858992/posts/N8BgV5cWbxy

Them taking credit for it

https://en.wikipedia.org/wiki/Taco_trucks_on_every_corner

In Spring of 2018, Akon stole the Idea to Create Cryptocurrency Towns after I was financially ruined by the Intelligence Community and Media.

https://www.cnn.com/2018/06/25/africa/akon-launch-crypto-city-senegal/index.html

I believe that the Intelligence Community also has Media members comparing me to the Annapolis Shooter, and I believe that Megyn Kelly's words about me over the years has a lot to do with that, and are having them spread that to anyone who asks about me. I tweet at the Media every day to let them know about the Case I am building against them for what they have done to me, and they are using my openness and bluntness to pretend I am a violent individual.

http://www.baltimoresun.com/news/maryland/crime/bs-md-ramos-search-20180628-story.html

Evidece of this is that the Media Completely ignores me now, I can show where they used to respond to me every once in a while, but now they have obviously told each other to stop replying to me. Twitter has also been Shadow Banning me, possibly at the suggestion of Media Members, Politicians, Law Enforcement, or all 3.

My Fans tell me sometimes that they literally have to look for my posts, they do not show up in their feeds. The loss of Reputation has damaged my Fandom, but I still have a very loyal following.

Aug, 7 2018. Governor Hickenlooper did report me on Twitter, Causing a 24hr Ban. Then started telling people that I was "a Dog" he also may be central to the whole spying situation and could be trying to effect the outcome of my Court Cases. 2X he has failed to respond for Requests for Welcome letters to the State.

## II.   Venue and Jurisdiction

NRA v. Cuomo, 1:2018cv00566

Sheppard v. Maxwell, 384 US 333 (1966)

28 USC S 1442
Title II Rule 3
Klayman v. Obama, (D. DC 2013)

ACE v. FCC, 451 F3d 226 (DC Cir 2006)

Byrd v. Aaron's, No. 14-3050 (3rd Cir 2015)

Carpenter v. US, 585 US _ (2018)

Steve Jackson Games v. US Secret Service, 36 F3d 457 (5th Cir 1994)

Joffe v. Google (9th Cir 2013)

In Re: Google, No. 15-15858 (9th Cir 2017)

Facebook v. Vachani, No 13-17102 (9th Cir 2016)

Zubulake v. UBS, 220 FRD, 212, 218 (2003)

Zubulake v. UBS, 229 FRD, 422 (SDNY 2004)

Allied Concrete v. Lester, No. 120074 (VA Sup 2013)

Facebook v. Superior Court of SF (CA Sup 2018)

**-28 USC S1343- Federal Court Jurisdiction over Conspiracy to interfere with rights under S1985**

Struth v. FBI, 673 F. Supp. 949 (ED Wis. 1987); Wahad v. FBI, 813 F. Supp. 224 (SDNY 1993); 28 USC Chapter 158- Orders of Federal Agencies; Review; Hobson v. Wilson, 556 F. Supp. 1157 (D.D.C. 1982)

-Title 28 USC S2201/2202- Declaratory Relief for "Cases and Controversies"

28 USC Chapter 165- US Court of Federal Claims Procedure

28 USC Chapter 171- Tort Claims Procedure

-Title 28 USC Chapter 155- Injunctions; 3 Judge Courts

-Title 28 USC S1361- District Court Mandamus Officers and Employees of US, see Carter v. Seamans, 411 F2d 767 (5th Cir 1969), cert. denied, 397 US 941 (1970) Olsen v. DEA, 878 F2d 1458 (DC Cir 1989)

-28 USC S1331- Federal Question Jurisdiction

-28 USC S1337- Commerce and Anti-Trust Regulations; Amount in Controversy, Costs

-28 USC S1341- Taxes by States (Fed Courts don't interfere without speedy State remedy)

-28 USC S1355- Jurisdiction for Fine, Penalty or Forfeiture under an Act of Congress

28 USC Chapter 163- Fines, Penalties and Forfeitures

-28 USC S1356- Jurisdiction over Non- Admiralty and Maritime Seizures under Act of Congress

-28 USC S1357- Injury from Act of Congress 28 USC S1365- Actions in Court by Senate (Federal Court Jurisdiction)

-28 USC S1367- Supplemental Jurisdiction for Actions brought by Similar Plaintiffs

-28 USC Chapter 153- Habeas Corpus

-28 USC 144- Bias or Prejudice of Judge

-28 USC 351- Complaints; Judge Defined
-28 USC 455- Disqualification of Justice, Judge or Magistrate

-18 USC 242- Deprivation of Rights Under Color of Law

-18 USC 241- Conspiracy Against Rights

-18 USC 245- Federally Protected Activities

# III. First Cause of Action: Violations of the Electronic Communications Privacy Act (ECPA)

# and the 4th Amendment, and Corruption in the Defendant Agencies

ECPA Case law
Steve Jackson Games, Incorporated, et al. v. Secret Service, et al., 36 F.3d 457 (5th Cir. 1994)
Microsoft Corp. v. United States, No. 14-2985 (2d Cir. 2017)

4th Amendment Case Law
Katz v. United States, 389 U.S. 347 (1967)
Soldal v. Cook County 506 U.S. 56 (1992)
United States v. Jones, 132 S.Ct. 945 (2012)
Florida v. Jardines 569 U.S. ___ (2013)

There is no immunity for investigative activities Buckley v. Fitzsimmons 509 U.S. 259 (1993)

Government Agencies may not reveal private information during investigations Watkins v. United States, 354 U.S. 178 (1957)

Defendant is known to spy on the citizens on the United States
https://www.govtrack.us/congress/bills/110/hr6304/text
https://www.washingtonpost.com/news/wonk/wp/2013/06/12/heres-everything-we-know-about-prism-to-date/
https://en.wikipedia.org/wiki/PRISM_(surveillance_program)
https://www.theguardian.com/us-news/2016/mar/08/fbi-changes-privacy-rules-accessing-nsa-prism-data
http://www.vocativ.com/295204/nsa-prism/
http://abcnews.go.com/topics/news/nsa-prism.htm

Defendant and Defendant 2 both have the capability to turn cell phones and other devices into spying devices Riley v. California 573 U.S. ___ (2014); United States v. United States Dist. Ct. 407 U.S. 297 (1972)
https://wikileaks.org/ciav7p1/
Defendant and Defendant 2 both have the capability to spy through walls using FLIR technology Kyllo v. United States, 533 U.S. 27 (2001)

http://www.flir.com/home/
Warrants can be retrieved and acted on illegally (Overbroad warrants, Malicious Warrants, etc), and those acting on them are liable for doing so Messerschmidt, et al. v. Millender, et al. 565 U.S. ___ (2012)

Defendant and Defendant 2 are both known to abuse their capabilities and retrieve illegal warrants to do so

https://www.washingtonpost.com/news/volokh-conspiracy/wp/2015/02/23/court-invalidates-cell-phone-warrant-as-overbroad/

http://archive.wired.com/politics/law/news/2007/07/exigentinvestigation

https://supreme.justia.com/cases/federal/us/418/323/case.html

https://en.wikipedia.org/wiki/Steve_Kurtz

https://en.wikipedia.org/wiki/Brandon_Mayfield

https://en.wikipedia.org/wiki/Controversial_invocations_of_the_Patriot_Act

https://www.aclu.org/news/fbi-audit-exposes-widespread-abuse-patriot-act-powers

https://www.washingtonpost.com/politics/james-whitey-bulgers-capture-could-cause-trouble-inside-the-fbi/2011/06/24/AGis2cjH_story.html

http://www.cnn.com/2015/05/30/politics/what-happens-if-the-patriot-act-provisions-expire/

http://highered.mheducation.com/sites/0072564938/student_view0/chapter4/chapter_outline.html

https://www.law.cornell.edu/uscode/text/18/241

https://en.m.wikipedia.org/wiki/Abuse_of_process

Government Agents must be held to a higher standard than other citizens due to the fact that they are acting under Color of Law Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971)

Color of Law
The act of a state officer, regardless of whether or not the act is within the limits of his or her authority, is considered an act under color of law if the officer purports to be conducting himself or herself in the course of official duties. Under the civil rights act of 1871 (42 U.S.C.A. Section 1983), color of law is synonymous with State Action, which is conduct by an officer that bears a sufficiently close nexus to a state so that the action is treated as though it is by the state.

Types of Police misconduct include false confession, false arrest, false evidence, false imprisonment, intimidation, police brutality, police corruption, racial profiling, surveillance abuse, witness tampering, and off-duty misconduct.

Others include:
1. Noble Cause corruption, where an officer believes that a good outcome justifies his bad behavior.
2. Selective Enforcement, allowing friends, family and other officers to break the law.
3. Abuse of Power, using the badge to get in to places you would otherwise not be invited or allowed, discounts, etc.
4. Police Perjury, blatant lying under oath and/or to other authorities to cover wrongdoing.
5. Violation by Officers of police procedural policy.
Laws intended to protect against abuse of authority include the 4th Amendment to the Constitution, which prohibits unreasonable searches and seizures; the 14th Amendment to the Constitution, which includes due process and equal protection clauses; the Civil Rights Act of 1871; and the Federal Tort Claims Act.

Noble Cause corruption:
Corruption caused by the adherence to a teleological ethical system (ex: By their fruits you shall know them; pulling over anyone with larger rims on their car), suggesting that the person "will utilize unethical, and sometimes illegal, means to obtain a desired result," a result which appears to benefit the greater good.

Flast V Cohen

https://epic.org/privacy/ecpa/
Individuals who violate ECPA face up to five years in prison and fines up to $250,000. Victims are also entitled to bring civil suits and recover actual damages, in addition to punitive damages and attorney's fees, for violations.

https://epic.org/privacy/laws/privacy_act.html

http://www.jurist.org/hotline/2014/01/khaliah-barnes-privacy-act.php

# IV.  Second Cause of Action: Character Assassination

National Security/Privacy Balance Case Law
Air Wisconsin Airlines Corp. v. Hoeper 571 U.S. ___ (2014)

The Government is not allowed to engage in these kinds of actions United States v. Guest 383 U.S. 745 (1966)

The accuser must be named. He/she may be an officer or a third party, but some positively identifiable person (human being) must accuse; some certain person must take responsibility for the making of the accusation, not an agency or an institution. This is the only valid means by which a citizen may begin to face his accuser. Also, the injured party (corpus delicti) must make the accusation. Hearsay evidence may not be provided. Anyone else testifying that they heard that another party was injured does not qualify as direct evidence.

The accusation must be made under penalty of perjury. If perjury cannot reach the accuser, there is no accusation. Otherwise, anyone may accuse another falsely without risk.

False accusation may also arise in part from the conduct of the accused, particularly where the accused engages in behaviors consistent with having committed the suspected wrongdoing, either unconsciously or for purposes of appearing guilty. Additionally, once a false accusation has been made -- particularly an emotionally laden one -- normal human emotional responses to being falsely accused (such as fear, anger, or denial of the accusation) may be interpreted as evidence of guilt.

Defendant 2's Modus Operandi:
Hanrahan v. Hampton 446 U.S. 754 (1980)
https://vault.fbi.gov/cointel-pro
https://genius.com/Federal-bureau-of-investigation-marcus-garvey-neutralization-memo-annotated
https://genius.com/Federal-bureau-of-investigation-hoover-memo-on-black-panthers-breakfast-for-children-program-annotated
http://www.cnn.com/2014/11/14/us/fbi-and-mlk/
http://archives.chicagotribune.com/1978/03/10/page/1/article/fbi-memo-use-mob-against-dick-gregory
http://chicago68.com/fbi51468.html
https://vault.fbi.gov/Martin%20Luther%20King,%20Jr./Martin%20Luther%20King,%20Jr.%20Part%201%20of%202

Defendant and Defendant 2's Motive:
Fear of "The Ferguson Effect"

http://www.cnn.com/2016/05/12/us/fbi-james-comey-homicide-increase-ferguson-effect/
https://www.theatlantic.com/politics/archive/2015/10/the-fbi-directors-troubling-comments-on-the-ferguson-effect/412351/
https://www.nytimes.com/2016/05/12/us/comey-ferguson-effect-police-videos-fbi.html?_r=0
http://www.latimes.com/opinion/opinion-la/la-ol-james-comey-police-ferguson-effect-20151117-story.html
https://www.theguardian.com/commentisfree/2016/may/13/ferguson-effect-james-comey-fbi-policing
http://www.newsmax.com/Newsfront/FBI-james-comey-ferguson-effect-murder/2016/05/12/id/728510/


No. 05-14-01175-CR
CHRISTOPHER GERALD PRICE, Appellant
V.
THE STATE OF TEXAS, Appellee On Appeal from the Criminal District Court No. 3 Dallas County, Texas
Trial Court Cause No. F13-58588-J
http://cases.justia.com/texas/fifth-court-of-appeals/2016-05-14-01175-cr.pdf?ts=1453457687


Recently, the Texas Supreme Court clarified that an intentional infliction of emotional distress claim is considered a "gap-filler" claim and cannot be used "'to circumvent the limitations placed on the recovery of mental anguish damages under more established tort doctrines.'" Creditwatch, Inc. v. Jackson, 157 S.W.3d 814, 816, 818 (Tex. 2005) (quoting Hoffmann-La Roche Inc. v. Zeltwanger, 144 S.W.3d 438, 447 (Tex. 2004)). The tort's purpose is "'to supplement existing forms of recovery by providing a cause of action for egregious conduct' that might otherwise go unremedied." Zeltwanger, 144 S.W.3d at 447 (quoting Standard Fruit & Vegetable Co. v. Johnson, 985 S.W.2d 62, 68 (Tex. 1998)). In Zeltwanger, the Court stated: "Where the gravamen of a plaintiff's complaint is really another tort, intentional infliction of emotional distress should not be available." Id. Among the cases cited as authority for this statement, the Texas Supreme Court referenced a Washington Supreme Court assault case that held damages for emotional distress could be awarded as part of the assault damages. Zeltwanger, 144 S.W.3d at 448 (citing Rice v. Janovich, 742 P.2d 1230, 1238 (Wash. 1987)).


# V.   Third Cause of Action: Violations of International Treaties

Universal Declaration of Human Rights, G.A. res. 217A (III), U.N. Doc A/810 at 71 (1948).

**Article 12**

International Covenant on Civil and Political Rights, G.A. res. 2200A (XXI), 21 U.N. GAOR Supp. (No. 16) at 52, U.N. Doc. A/6316 (1966), 999 U.N.T.S. 171, *entered into force* Mar. 23, 1976.

**Article 17**

Special Rapporteur on Privacy

https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=3&cad=rja&uact=8&sqi=2&ved=0ahUKEwiUv4fBgd_SAhVE4IMKHaoWB1sQFggoMAI&url=http%3A%2F%2Fwww.ohchr.org%2FDocuments%2FIssues%2FPrivacy%2FA-HRC-31-64.doc&usg=AFQjCNHYwGVmdH7luFsx87x-Zv8kggoHLw&sig2=TrzwF3omqk5YMQZsKIkoJg&bvm=bv.149760088,d.amc

# VI. Claim

Loss of Reputation, Intellectual Property loss,  and Mental Anguish.

*Pearson v. Callahan*, 555 U.S. 223 (2009)
*Givhan v. Western Line Consolidated School District*, 439 U.S. 410, (1979)
*Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
*Felder v. Casey*, 487 U.S. 131 (1988)
*Los Angeles County v. Humphries*, 562 U.S. 29 (2010)
*Owen v. City of Independence*, 445 U.S. 622 (1980)

Mental Anguish
S. Tex. Freightliner, Inc. v. Muniz, 288 S.W.3d 123 (Tex. App.–Corpus Christi 2009)

So. Exp. Co. v. Byers, 240 U. S. 612; McCarthy v. Boston El. R. 112 N. E. 235; Rowan v. Western U. Tel. Co. 149 Fed. 550. Relle' v. Western Union Telegraph Co., 55 Tex. 308, 40 Am. Rep. 805. So. Pac. v. Hetzer, 1359 -Fed. 272; Stafford v. Tel. Co. 73 Fed. 273; W. U. Tel. Co. v. Wood, 57 Fed. 471.  W. U. Tel. Co. v. Bryant, 46 N, E. 358; W. U. Tel. Co. v. Kibble, 115 S. W. 643; W. U. Tel. Co. v. Henly, 54 N. E. 77; Lee v. W. U. Tel. Co., 113 S. W. 55; W. U. Tel. Co. v. Steinbergen, 54 S. W. 829. Green v. Shoemaker Co., 73 Atl. 688.

42 U.S. Code § 1983

42 U.S. Code § 1981

18 U.S. Code § 242

28 U.S. Code § 2671

28 U.S. Code § 2675

28 U.S. Code § 2679

# 18 U.S. Code § 2510

# 18 U.S. Code § 2511

# VII.  Prayer for Relief

Whereby the Plaintiff Prays the Court, Award the Plaintiff up to $250,000.00 in punitive damages for each violation of the ECPA, as outlined in the act. As well as compensation for Loss of Reputation and for putting the Plaintiff in a position of Mental Anguish in the amount of $5,000,000.00; and initiate a RICO case against the corrupt Agencies, Agents and Journalists after causing them to release records of the events outlined in this Case. And Cause Twitter to end all Shadow Banning Against me for my Religious Speech.

Give Declaratory Relief and an Injunction, as well as award Civil Rights Damages, Actual Damages, and Emotional Distress, Punative and other Damages

**Hobson v. Brennan, 646 F. Supp. 884 (D.D.C. 1986)**

**Wells v. Shelter General Ins. Co., 217 F. Supp. 2d 744 (S.D. Miss. 2002)**

Cause Facebook to Identify who made the reports to take down my Account, and who has reviewed my appeals. Cause Facebook to return all Data belonging to me, and reinstate Account. Have Defendants reveal how much they earned from #TacoTrucksOnEveryCorner donation ads in all branches throughout America. As well as have Facebook, the DNC and MSNBC Pay Punitive, Actual, and Reputational Damages in the amount of $15,000,000.00 combined.

s/__Ryan_Gallagher__

Ryan Gallagher

1723 Candleglow

Castle Rock, CO 80817

Telephone:(720)369-8172

E-mail:mahatmajapa@gmail.com

I swear under penalty of perjury that everything within this complaint is true to the best of my knowledge

Rev. Ryan "Sasha" Gallagher