**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RYAN GALLAGHER, )
)
        Plaintiff, )
)
v. ) Civil Action No. 18-2327 (UNA)
)
CONGRESS, *et al.*, )
)
        Defendants. )

## **MEMORANDUM OPINION**

This matter is before the Court on plaintiff's motion to proceed *in forma pauperis* and his *pro se* civil complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

This complaint fails to meet the minimal pleading standard set forth in Rule 8(a). While it is replete with factual assertions, references to the United States Code, and citations to case law, websites and other sources, it fails to include a short and plain statement showing that the plaintiff is entitled to the compensatory damages and injunctive relief he seeks. Furthermore, as drafted, the complaint fails to give the defendants fair notice of the claims brought against them. Therefore, the Court will grant the plaintiff's application to proceed *in forma pauperis* and dismiss the complaint and this civil action. An Order consistent with this Memorandum Opinion is issued separately.

DATE: October 23, 2018

United States District Judge